431 F.2d 483
 UNITED STATES of America, Plaintiff-Appellee,
v.
Mack Clifford PYLE, Defendant-Appellant.
 No. 29754 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 September 16, 1970.
 Rehearing Denied October 22, 1970.
 
 Appeal from Northern District of Georgia; Sidney O. Smith, Chief Judge.
 Ray C. Norvell, Atlanta, Ga., Harl C. Duffey, Jr., Rome, Ga., for appellant.
 John W. Stokes, Jr., U. S. Atty., J. Owen Forrester, Asst. U. S. Atty., Atlanta, Ga., for appellee.
 Before THORNBERRY, MORGAN and CLARK, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 Notes:
 
 
 *
 Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir., 1970, 431 F.2d 409, Part I
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970)